UNITED STATES BANKRUPTCY COURT　　　　　　　　　　(BF0938)
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:　　　　　　　　　　　　　　　　　　Chapter 13


MARTIRES TRINIDAD,　　　　　　　　　　Case No.:　　1-14-42338-cec



　　　　　　　　　　　　Debtor.
-----------------------------------------------------------x


NOTICE OF CHANGE OF ADDRESS


　　　The above-referenced Debtor, whose address had been listed as, 378 Hooper Street, Brooklyn, NY 11211, has moved to 81-19 102nd Avenue, Ozone Park, NY 11416, which shall be the address to be used henceforth for any notices with regard to these proceedings.



Dated: June 12, 2014
　　　　Richmond Hill, NY


　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce Feinstein
　　　　　　　　　　　　　　　　　　　　　　Bruce Feinstein, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　　　86-66 110th Street
　　　　　　　　　　　　　　　　　　　　　　Richmond Hill, NY 11418
　　　　　　　　　　　　　　　　　　　　　　(BF0938)