B6F (Official Form 6F) (12/07)

In re Martires Trinidad
Debtor(s)

Case No. 1-14-42338

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxx9456**<br>**Afni, Inc.<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701** | | **NA** | **Opened 4/01/12<br>Collection Attorney At T Mobility** | | | | **2,030.00** |
| ACCOUNT NO. **xxxxxxxxxxxx7493**<br>**American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998** | | **NA** | **Opened 4/01/97 Last Active 1/01/09<br>CreditCard** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx6893**<br>**American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355** | | **NA** | **Opened 10/01/97 Last Active 3/01/13<br>Credit Card** | | | | **0.00** |

Sheet 1 of 13 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Martires Trinidad** Case No **1-14-42338**

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxxxxxxx7493**<br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | **NA** | **Opened 4/01/97 Last Active 1/01/09**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx6783**<br>**American Express**<br>**American Express Special Research**<br>**Po Box 981540**<br>**El Paso, TX 79998** | | **NA** | **Opened 9/01/97 Last Active 12/01/12**<br>**CreditCard** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx6893**<br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | **NA** | **Opened 10/01/97 Last Active 3/01/13**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx7493**<br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | **NA** | **Opened 4/01/97 Last Active 1/01/09**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxx4171**<br>**AT&T**<br>**PO BOX 537104**<br>**Atlanta, GA 30353** | | **NA** | | | | | **153.11** |



Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad

Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx1334<br>Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | NA | Opened 8/01/04 Last Active 12/12/07<br>CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx1334<br>Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | NA | Opened 8/01/04 Last Active 12/12/07<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx1334<br>Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | NA | Opened 8/01/04 Last Active 12/12/07<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxx3743<br>Bk Of Amer<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | | NA | Opened 11/05/07 Last Active 6/21/12<br>CheckCreditOrLineOfCredit | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxx3743<br>Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | | NA | Opened 11/05/07 Last Active 6/21/12<br>Check Credit Or Line Of Credit | | | | 0.00 |



Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad
Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxx3743<br>**Bk Of Amer**<br>**Po Box 982235**<br>**El Paso, TX 79998** | | **NA** | **Opened 11/05/07 Last Active 6/21/12**<br>**Check Credit Or Line Of Credit** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx8706<br>**Cap One**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | **NA** | **Opened 10/13/05 Last Active 4/18/06**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx8706<br>**Cap One**<br>**26525 N Riverwoods Blvd**<br>**Mettawa, IL 60045** | | **NA** | **Opened 10/13/05 Last Active 4/18/06**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx2862<br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | **NA** | **Opened 9/01/04 Last Active 1/01/13**<br>**ChargeAccount** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx2862<br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | **NA** | **Opened 9/01/04 Last Active 10/01/13**<br>**Charge Account** | | | | **0.00** |



Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad
Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx9313<br>Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | | N A | Opened 9/01/04 Last Active 3/01/14<br>Charge Account | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx0593<br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | N A | Opened 11/01/04 Last Active 5/07/09<br>CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx8079<br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | N A | Opened 3/19/07 Last Active 8/13/09<br>CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx9977<br>Chase<br>Attn: Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | | N A | Opened 11/05/98 Last Active 7/26/06<br>CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx0778<br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | N A | Opened 4/15/06 Last Active 4/19/13<br>Credit Card | | | | 2,433.00 |

Sheet 5 of 13 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad
Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx0593<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | **NA** | **Opened 11/01/04 Last Active 5/07/09**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx8079<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | **NA** | **Opened 3/19/07 Last Active 8/13/09**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx0593<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | **NA** | **Opened 11/01/04 Last Active 5/07/09**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx0778<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | **NA** | **Opened 4/15/06 Last Active 12/03/13**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx8079<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | **NA** | **Opened 3/19/07 Last Active 8/13/09**<br>**Credit Card** | | | | **0.00** |

Sheet 6 of 13 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad
Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxxxxxxx3710**<br>**Citi**<br>**CitiCard Credit**<br>**Services/Centralized Ban**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | **NA** | **Opened 5/01/04 Last Active 8/22/08**<br>**CreditCard** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx3710**<br>**Citi**<br>**CitiCard Credit**<br>**Services/Centralized Ban**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | **NA** | **Opened 5/01/04 Last Active 8/22/08**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx3710**<br>**Citi**<br>**CitiCard Credit**<br>**Services/Centralized Ban**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | **NA** | **Opened 5/01/04 Last Active 8/22/08**<br>**Credit Card** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx2861**<br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | **NA** | **Opened 2/08/05 Last Active 8/27/08**<br>**CreditCard** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx3916**<br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | **NA** | **Opened 7/24/07 Last Active 3/31/11** | | | | **0.00** |



Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad Case No 1-14-42338

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx2861<br>**Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195** | | **N A** | **Opened 2/08/05 Last Active 8/27/08<br>Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx3916<br>**Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195** | | **N A** | **Opened 7/24/07 Last Active 3/31/11** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx2861<br>**Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195** | | **N A** | **Opened 2/08/05 Last Active 8/27/08<br>Credit Card** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx3916<br>**Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195** | | **N A** | **Opened 7/24/07 Last Active 3/31/11** | | | | **0.00** |
| ACCOUNT NO. xxxxxxxxxxxx7515<br>**Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20507<br>Kansas City, MO 64195** | | **N A** | **Opened 9/16/05 Last Active 1/12/07<br>ChargeAccount** | | | | **0.00** |

Sheet 8 of 13 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad
Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxxxxxxx7515**<br>**Citibank Usa<br>Citicorp Credit Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195** | | **NA** | **Opened 9/16/05 Last Active 1/12/07<br>Charge Account** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx7515**<br>**Citibank Usa<br>Citicorp Credit Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195** | | **NA** | **Opened 9/16/05 Last Active 1/12/07<br>Charge Account** | | | | **0.00** |
| ACCOUNT NO. **xx-xxxx-xxxx-x009-5**<br>**Con-Edison<br>PO Box 138<br>New York, NY 10276** | | **NA** | **Electric bill** | | | | **537.18** |
| ACCOUNT NO. **xxxxxxxxxxxx9991**<br>**First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107** | | **NA** | **Opened 7/01/05 Last Active 11/01/05<br>CreditCard** | | | | **0.00** |
| ACCOUNT NO. **xxxxxxxxxxxx9991**<br>**First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104** | | **NA** | **Opened 7/01/05 Last Active 11/01/05<br>Credit Card** | | | | **0.00** |

Sheet 9 of 13 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad
Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx9991<br>First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | | NA | Opened 7/01/05 Last Active 11/01/05<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx3705<br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | NA | Opened 10/01/05 Last Active 4/18/06<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx2655<br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | NA | Opened 10/01/05 Last Active 1/01/08<br>CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx2655<br>Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | | NA | Opened 10/01/05 Last Active 1/01/08<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx0245<br>Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | | NA | Opened 11/01/05 Last Active 10/01/06<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx0245<br>Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | | NA | Opened 11/01/05 Last Active 10/01/06<br>Credit Card | | | | 0.00 |



Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad Debtor(s) Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx3705<br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | NA | Opened 10/01/05 Last Active 4/18/06<br>CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx0245<br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | NA | Opened 11/01/05 Last Active 10/01/06<br>CreditCard | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx2655<br>Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | | NA | Opened 10/01/05 Last Active 1/01/08<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx3705<br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | NA | Opened 10/01/05 Last Active 4/18/06<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx2504<br>Hsbc/bstby<br>Po Box 30253<br>Salt Lake City, UT 84130 | | NA | Opened 4/17/06 Last Active 6/05/06<br>Charge Account | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx2504<br>Hsbc/bstby<br>Po Box 5253<br>Carol Stream, IL 60197 | | NA | Opened 4/17/06 Last Active 6/05/06<br>Charge Account | | | | 0.00 |



Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad, Debtor(s) — Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx2504<br>Hsbc/bstby<br>Po Box 5253<br>Carol Stream, IL 60197 | | NA | Opened 4/17/06 Last Active 6/05/06<br>ChargeAccount | | | | 0.00 |
| ACCOUNT NO.<br>Kent Realty Inc.<br>781 Kent Avenue<br>Brooklyn, NY 11206 | | NA | Arrears Dispute - Matter is in Housing Court | | | | 0.00 |
| ACCOUNT NO.<br>Reliable Fuel<br>95- 40 102nd Street<br>Ozone Park, NY 11416 | | NA | 2012 | | | | 476.75 |
| ACCOUNT NO. xxxxxxxxxxxx8158<br>Washington Mutual / Providian / Chase<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | | NA | Opened 11/15/04 Last Active 2/02/09<br>Credit Card | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxx8158<br>Washington Mutual / Providian / Chase<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | | NA | Opened 11/15/04 Last Active 2/02/09<br>CreditCard | | | | 0.00 |

Sheet 12 of 13 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Martires Trinidad Debtor(s)

Case No 1-14-42338

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxx8158<br>Washington Mutual / Providian / Chase<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE 19850 | | NA | Opened 11/15/04 Last Active 2/02/09<br>Credit Card | | | | 0.00 |

| | |
|---|---|
| Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | 5,630.04 |

Sheet 13 of 13 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (bf0938)

---------------------------------------------------------------x

In Re: Chapter 13

Martires Trinidad,
Debtor.

Case No.:1-14-42338
AFFIRMATION PURSUANT TO LOCAL RULE 1009-1(a)

---------------------------------------------------------------x

BRUCE FEINSTEIN, ESQ., the attorney for the undersigned debtor herein, affirms as follows:

1. The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on May 9, 2014.

2. The Debtor has made the following amendment to his Schedule F

a) Schedule F has been amended to include AT & T and Reliable Fuel

Dated: Richmond Hill, NY
September 5, 2014

/s/ *Bruce Feinstein*
Bruce Feinstein
Attorney for Debtor